# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE CONTRERAS-FORERO | Criminal Action No.: 06-cr-337- JLL<br><br>**ORDER** |

The Court has received and reviewed Defendant Jose Contreras-Forero's request for permission to leave the United States to visit his native country of Columbia dated June 6, 2007. After consideration of Defendant's request and the response of the United States Probation Office dated June 28, 2007, it is hereby ordered that Defendant Jose Contreras-Forero's request is DENIED.

Dated:    June 29, 2007

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE